**FILED**

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0489

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0489

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KYLE WADE NELSON,

      Defendant and Appellant.

_____

**ORDER GRANTING SECOND OR SUBSEQUENT
EXTENSION OF TIME TO FILE OPENING BRIEF**

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellant is granted a thirty (30) day extension to file his Opening Brief, which shall be due on **April 6, 2020**.

SIGNED AND DATED AS INDICATED ABOVE.

Order Granting Extension of Time

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020